173 So.2d 540

**HOSPITAL SERVICE DISTRICT NO. I OF the PARISH OF PLAQUEMINES,**
State of Louisiana, et al.

v.

**DELTA GAS, INC., et al.**

No. 47670.

April 15, 1965.

In re: Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 171 So.2d 293.

Writ refused. On the facts shown, we find no error of law in the Court of Appeal judgment.

173 So.2d 540

**HOSPITAL SERVICE DISTRICT NO. I OF the PARISH OF PLAQUEMINES,**
State of Louisiana, et al.

v.

**DELTA GAS, INC., et al.**

No. 47672.

April 15, 1965.

In re: Liberty Mutual Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 171 So.2d 293.

Writ refused. On the facts found, we find no error of law in the Court of Appeal judgment.

173 So.2d 540

**HOSPITAL SERVICE DISTRICT NO. I OF the PARISH OF PLAQUEMINES,**
State of Louisiana, et al.

v.

**DELTA GAS, INC., et al.**

No. 47676.

April 15, 1965.

In re: Bankers Fire and Marine Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Plaquemines. 171 So.2d 293.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

173 So.2d 540

**HIGGINS, INC.**

v.

**Richard E. WALKER, Administrator, Division of Employment Security, Department of Labor, State of Louisiana.**

No. 47688.

April 15, 1965.

In re: F. C. Doyal, Jr., Administrator of the Division of Employment Security of the Department of Labor, State of Louisiana, applying for certiorari, or writ of review, to